# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM CARTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COLONY CAPITAL, INC., et. al.,<br><br>Defendants. | Case No. 1:16-cv-03282-JKB |
| JACK BOOTHE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR REALTY FINANCE CORP., *et al.*<br><br>Defendants. | Case No. 1:16-cv-03742-JKB |
| CINDY KESSLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR ASSET MANAGEMENT GROUP, INC., *et al.*<br><br>Defendants. | Case No. 1:16-cv-03745-JKB |

**PLAINTIFFS' RENEWED JOINT MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENTS AND AWARD OF FEES AND COSTS**

Plaintiffs William Carter, on behalf of himself and a class of former shareholders of Colony Capital, Inc. ("Colony Capital"), Plaintiff Cindy Kessler on behalf of herself and a class of former shareholders of NorthStar Asset Management Group Inc. ("NSAM"), and Plaintiff Jack Booth on behalf of himself and a class of former shareholders of NorthStar Realty Finance Corp. ("NRF") (collectively "Plaintiffs"),[1] hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 23 and this Court's Order of October 27, 2017, for entry of the Proposed Orders and Final Judgments (the "Final Orders")[2] that will: (1) certify of each class in connection with each of the proposed settlements (the "Settlements") of these actions (the "Actions"); (2) approve the Settlements, pursuant to the Stipulations; and (3) approve an award of reasonable attorneys' fees and expenses as set forth in the Stipulations for each of the Actions for the services Plaintiffs' Counsel rendered in the successful prosecution and settlement of the Actions (the "Fee and Expense Awards").

In support of this motion, Plaintiffs in the three cases submit herewith a joint memorandum of law and the Declaration of Yelena Trepetin in Support of Plaintiffs' Renewed Joint Motion for Final Approval of Settlements and Award of Fees and Costs.

DATED:  November 6, 2017                             Respectfully submitted,

By: */s/ Yelena Trepetin*

**BROWER PIVEN, A Professional Corporation**
Charles J. Piven (Md. Fed. Bar No. 00967)
Yelena Trepetin (Md. Fed. Bar No. 28706)
BROWER PIVEN, P.C.
1925 Old Valley Road
Stevenson, MD 21153
Tel: (410) 332-0030

---

[1]  *Carter v. Colony Capital, Inc.*, No. 1:16-cv-03282; *Boothe v. Northstar Realty Finance Corp.*, No. 1:16-cv-03742; *Kessler v. Northstar Asset Management Group, Inc.*, No. 1:16-cv-03745.

[2]  Copies of the respective revised proposed Final Orders are attached hereto.

2

Fax: (410) 685-1300
piven@browerpiven.com
trepetin@browerpiven.com

*Attorneys for Plaintiffs William Carter, Jack Boothe and Cindy Kessler*

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde (pro hac vice)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel:  (212) 971-1341
Fax: (212) 202-7880
jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff William Carter*

Nadeem Faruqi
James M. Wilson, Jr.
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
nfaruqi@faruqilaw.com
jwilson@faruqilaw.com

*Attorneys for Plaintiff Jack Boothe*

Guri Ademi
Shpetim Ademi
**ADEMI & O'REILLY, LLP**
3620 East Layton Ave.
Cudahy, WI 53110
Tel: (414) 482 -8000
Fax: (414) 482-8001
gademi@ademilaw.com
sademi@ademilaw.com

*Attorneys for Plaintiff Cindy Kessler*